JUDGE KATHLEEN CARDONE

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2020 JAN 15  AM 11: 27

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | §   S E A L E D |
| Plaintiff, | §   CRIMINAL NO. EP-20-CR- |
| v. | §   I N D I C T M E N T |
| CESAR MARTINEZ, | §   CT 1: 21:952(a) & 960(a)(1)-Importation of a Controlled Substance |
| Defendant. | §   CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |

THE GRAND JURY CHARGES:

**EP20CR0161**

### COUNT ONE
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(4))

That on or about November 12, 2019, in the Western District of Texas, Defendant,

**CESAR MARTINEZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & 960(b)(4).

### COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about November 12, 2019, in the Western District of Texas, Defendant,

**CESAR MARTINEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana,

a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & 841(b)(1)(D).

A TRUE BILL

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev 03-12-2015